# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MICHAEL EBERLE, et al., | CASE NO. 07cv120-W (WMc) |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JEFF SMITH, et al., | |
| Defendant. | |

On September 25, 2007, a telephonic motion hearing was held in the above captioned case. Participating were Teresa Polk, Esq.(counsel for plaintiff) and Andrea Kimball, Esq. (counsel for defendant). After considering the letter briefs submitted, the Court issues the following Order:

1. Plaintiff is not entitled to the discovery documents inadvertently disclosed by defendant (Documents D00353 - D00385). The Court finds the documents are privileged and not subject to disclosure. See *U.S. ex rel Bagley v. TRW, Inc., 204 F.R.D.* 170 (C.D., Cal. 2001).

2. Counsel for defendant shall retrieve the documents from the Court on or before September 27, 2007.

IT IS SO ORDERED.

DATED: September 27, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: Honorable Thomas Whelan

1 | U.S. District Judge

2 | All Counsel and Parties of Record

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28